IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN FAILLA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: CV419-08 |
| ) | |
| v. ) | |
| ) | |
| CITY OF SAVANNAH, GA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE PER FED.ER R. CIV. PROC. 41(a)(1)(A)(ii)

Come now Plaintiff John Failla and Defendant The Mayor and Aldermen of the City of Savannah (the "City", referenced in the Complaint as "City of Savannah, GA"), and file this Stipulation of Dismissal With Prejudice of this suit. Each party in this action shall bear their own costs and attorney's fees.

This _10th_ day of December, 2019.

/s/ John Failla
JOHN FAILLA, pro se

3672 Roseman Landing
Cumming, Georgia  30040

/s/ Jennifer N. Herman
JENNIFER N. HERMAN
Deputy City Attorney
Georgia Bar No. 327017

OFFICE OF THE CITY ATTORNEY
P. O. Box 1027
Savannah, Georgia  31402
(912) 525-3092 telephone
(912) 525-3267 facsimile
jherman@savannahga.gov

OLIVER MANER LLP

*/s/ Patricia T. Paul*
PATRICK T. O'CONNOR
Georgia Bar No. 548425
PATRICIA T. PAUL
Georgia Bar No. 697845

218 W. State Street
P. O. Box 10186
Savannah, Georgia 31412
(912) 236-3311
(912) 236-8725 (facsimile)
pto@olivermaner.com
ppaul@olivermaner.com

Attorneys for Defendant The Mayor and
Aldermen of the City of Savannah

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served the foregoing upon Plaintiff by email at Jfailla2002@Yahoo.com per agreement of the parties.

This *10th* day of December, 2019.

OLIVER MANER LLP

*/s/ Patricia T. Paul*
PATRICIA T. PAUL
Georgia Bar No. 697845

P. O. Box 10186
Savannah, Georgia  31412
(912) 236-3311 telephone
(912) 236-8725 facsimile
ppaul@olivermaner.com

Attorneys for Defendant The Mayor and
Aldermen of the City of Savannah