**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JOHN FAILLA,

        Plaintiff,

    v.

CITY OF SAVANNAH, GA,

        Defendant.

CIVIL ACTION NO.: 4:19-cv-8

## **O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal.  (Doc. 30.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action **WITH PREJUDICE**.  The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 23rd day of December, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA